NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1447

STATE OF LOUISIANA

VERSUS

M.S.G.

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NOS. 67780 AND 67787
HONORABLE LESTER P. KEES, DISTRICT JUDGE

**********

J. DAVID PAINTER
JUDGE

**********

Court composed of Marc T. Amy, Elizabeth A. Pickett, and J. David Painter, Judges.

AFFIRMED.

Alvin C. Dowden, Jr.
Assistant District Attorney
P.O. Box 1188
Leesville, LA 71496
Counsel for Appellee:
State of Louisiana

Peggy J. Sullivan
Louisiana Appellate Project
P.O. Box 2775
Monroe, LA 71210-2775
Counsel for Defendant-Appellant:
M.S.G.